# United States District Court
# Eastern District of California

| | |
|---|---|
| Thomas Thayer and Deborah Thayer, | C Number: 2:26-cv-02568-WBS-ICD |
| Plaintiff(s) | |
| V | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Lowe's Companies, Inc., et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California Jeffrey J. Greenbaum reby applies for permission appear and participate counsel in the above entitled action on behalf of the following party or parties:

Lowe's Companies, Inc., Lowe's Home Centers, LLC

On 11/28/1972 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New Jersey (court). A certificate of good standing from that court s submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ have / ☑ have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 9/30/2026 Signature of Applicant / / Jeffrey J. Greenbaum

Pro Hac Vice Attorney

Applicant's Name: Jeffrey J. Greenbaum

Law Firm Name: Sills Cummis & Gross, P.C.

Address: One Riverfront Plaza

City: Newark State: NJ Zip: 07102

Phone Number w/Area Code: (973) 643-5430

City and State of Residence: Livingston, New Jersey

Primary E-mail Address: jgreenbaum@sillscummis.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elizabeth Dorsi

Law Firm Name: Farella Braun & Martel

Address: One Bush Street

Suite 900

City: San Francisco State: CA Zip: 94104

Phone Number w/Area Code: (425) 954-4491 Bar # 282285

ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE